UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>C. JEBAR, et al.,<br><br>    Defendants. | 1:24-cv-00142-SKO (PC)<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Doc. 7) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

**I.    INTRODUCTION**

The Court issued its First Screening Order on July 8, 2024, finding Plaintiff failed to state a claim upon which relief could be granted. (Doc. 6.) Plaintiff was directed to file a first amended complaint or a notice of voluntary dismissal within 21 days. (*Id*. at 12-13.)

On July 18, 2024, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. (Doc. 7.)

**II.    DISCUSSION**

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc*., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet

to serve an answer or motion for summary judgment. *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Commercial Space Mgmt. Co., Inc.*, 193 F.3d at 1078. Here, no defendant has been served, nor has an answer or other responsive pleading been filed. Plaintiff has the absolute right to voluntarily dismiss this action.

### III.    CONCLUSION AND ORDER

Based on the foregoing, the Clerk of the Court is **HEREBY ORDERED** to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **July 19, 2024**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE